BEFORE THE SECOND DIVISION, JUNE 10, 1963

No. 67806.—General Sportcraft Co., Ltd. *v.* United States, protest 274511–K(A) (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of perlon tennis strings similar in all material respects to those the subject of Abstract 61832, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JUNE 10, 1963

No. 67807.—Frank P. Dow Co., Inc., a/c Frederick Stern *v.* United States, protest 62/7355(A) (Los Angeles).

Opinion by DONLON, J.  In accordance with oral stipulation of counsel that the articles of merchandise, described on the invoice as "47 pieces original oil paintings on canvas without frames," are original paintings in oil, not made by a mechanical process, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JUNE 12, 1963

No. 67808.—Fast-Fix, Inc., and G. E. Posey Corp. *v.* United States, protests 62/14311 and 62/14310 (Galveston).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiffs was sustained.